NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000385
21-AUG-2019
09:05 AM**

NO. CAAP-19-0000385

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KS, Plaintiff-Appellee, v.
TS, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 07-1-2764)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Fujise and Chan, JJ.)

Upon consideration of Defendant-Appellant TS's (TS) August 8, 2019 Motion to Dismiss Appeal, the papers in support, the lack of opposition to the motion, and the record, it appears that (1) the appeal has been docketed; (2) TS seeks to dismiss the appeal with the parties bearing their own attorneys' fees and costs; and (3) the requested relief is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, August 21, 2019.

Chief Judge

Associate Judge

Associate Judge